**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**PHYLLIS CLARDY,**

    **Plaintiff,**

v.                                      Case No. 8:09-cv-48-T-TBM

**MICHAEL J. ASTRUE,**
**Commissioner of the United States**
**Social Security Administration,**

    **Defendant.**
    _____/

**O R D E R**

THIS MATTER is before the court on the Commissioner's **Motion for Entry of Judgment with Remand** (Doc. 23). By this motion, the Commissioner seeks an Order remanding the case for the following reasons:

> For the administrative law judge (ALJ) to update and evaluate all medical evidence, including Plaintiff's mental impairment, and give further consideration to Plaintiff's residual functional capacity. In addition, on remand, the ALJ should provide Plaintiff the opportunity for another hearing and if warranted, the ALJ should obtain supplemental evidence from a medical expert during this hearing. Also, if warranted, the ALJ should obtain evidence from a Vocational Expert to determined the erosion, if any, on Plaintiff's occupational base.

The Commissioner represents that Plaintiff does not object to the motion.

This motion is made pursuant to Sentence Four of § 405(g) of the Social Security Act, which provides: "The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner

of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). In a Sentence Four remand, the appropriate procedure requires the court to enter final judgment in favor of the Plaintiff. *Shalala v. Schaefer*, 509 U.S. 292 (1993).

Accordingly, the Commissioner's **Motion for Entry of Judgment with Remand** (Doc. 23) is **GRANTED**. The decision is reversed and remanded for further proceedings before the Commissioner consistent with this Order. The Clerk is directed to enter Judgment in favor of the Plaintiff and to close the case. The matter of fees and costs shall be addressed upon further pleadings.

**Done and Ordered** in Tampa, Florida, this 16th day of November 2009.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record